CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONNIE MORRIS, : | Civil No. 10-0307 (NLH) |
| Petitioner, : | |
| v. : | **ORDER** |
| DONNA ZICKEFOOSE, : | |
| Respondents. : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 27th day of January, 2010,

ORDERED that Petitioner's application to proceed <u>in forma pauperis</u> is GRANTED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall close the file.

/s/NOEL L. HILLMAN
**NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey